UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

| | |
|---|---|
| **WESLEY S. RICKS** | **CIVIL ACTION NO. 21-0831** |
| **VS.** | **SECTION P** |
| | **JUDGE TERRY A. DOUGHTY** |
| **DARREL VANNOY** | **MAG. JUDGE KAYLA D. MCCLUSKY** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the document filed by Petitioner and titled "Motion for Leave to Appeal" [Doc. No. 43] which the Court construes as an objection to the Report and Recommendation and a request for a Certificate of Appealability, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

**IT IS ORDERED, ADJUDGED, AND DECREED** that Petitioner Wesley S. Ricks' Petition for Writ of Habeas Corpus, [doc. #s 1, 6, 8], is **DENIED and DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

**IT IS FURTHER ORDERED** that Petitioner's remaining motions, [doc. #s 12, 14, 15, 18, 19, 22, 23, 24, 25, 26, 27, 33, 34, 35, 38], are **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Petitioner's document titled "Motion for Leave to Appeal" [Doc. No. 43] which the Court construes as an objection to the Report and Recommendation and a request for a Certificate of Appealability, is **DENIED**. [1]

---

[1] The Court is filing a separate Order further addressing the Certificate of Appealability.

MONROE, LOUISIANA, this 20th day of July, 2021.

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE